**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **J.L., an infant over the age of 14 years, by his mother and natural Guardian, Yomairis Lovera and Yomairis Lovera,**<br><br>      **Plaintiffs,**<br><br>   **-against-**<br><br>**Mia Miller et al.,**<br><br>      **Defendants.** | **1:25-cv-07225 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's November 26, 2025 Order, the parties were to file a proposed Case Management Plan at least one week prior to the Initial Pretrial Conference, which is scheduled for Tuesday, January 6, 2026 at 9:30 a.m. (11/26/25 Order, ECF No. 12; *see also* 12/9/25 Text Only Order, ECF No. 13.) As of the date of this Order, the parties have not done so. It is hereby Ordered that the parties shall file the proposed Case Management Plan no later than 12:00 p.m. on Monday, January 5, 2026.

**SO ORDERED.**

Dated:  New York, New York
     January 2, 2026

                _____
                STEWART D. AARON
                United States Magistrate Judge