**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**J.L., an infant over the age of 14 years, by his mother and natural Guardian, Yomairis Lovera and Yomairis Lovera,**

**Plaintiffs,**

**-against-**

**Mia Miller, et al.,**

**Defendants.**

**1:25-cv-07225 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on October 27, 2026. (*See* 8/28/26 Mem. End., ECF No. 31.) It is hereby Ordered that, no later than Wednesday, November 4, 2026, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred again for mediation and whether either side intends to file a dispositive motion, in which case the parties shall provide a proposed briefing schedule.

**SO ORDERED.**

Dated: New York, New York
October 28, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge